**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00138-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LADDIE L. LIVINGSTON,

    Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On June 30, 2010, the defendant submitted a letter to the Court requesting early termination of probation. Upon report of the Probation Office that the defendant has satisfactorily adjusted to the terms and conditions of probation, and that continued supervision is no longer warranted, it is:

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 24th day of August, 2010.

BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge